[No. 9032–5–II.  Division Two.  September 10, 1987.]

ROBERT J. HANER, ET AL, *Respondents,* v. GUY K. SIGMAN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84–2–00193–0, John W. Schumacher, J., entered July 8, 1985. *Affirmed in part, reversed in part,*

and *remanded* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Hopkins and Reser, JJ. Pro Tem.